RECEIVED
WD/AR
APR 28 2008
U.S. CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
___Texarkana___ DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 0 5 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

___John Nash___
(Plaintiff)
___109 Cayman Texarkana Tx 75501___
*903-306-0840  903-490-8296  870-818-1460
(Your name, address, telephone number)

vs.

Civil Action No. ___08-4037___
(To be supplied by clerk)

___GCR Tires___
(Defendant(s))
___6010 N. State line___
___Texarkana Ark. 71854___
(Names(s), address(es), telephone number(s))

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. This action is brought pursuant to:

    _____ Age Discrimination in Employment Act

    _____ Americans With Disabilities Act

    ✓ Title VII of the Civil Rights Act

2. Plaintiff filed charges against the defendant(s) with the Equal Employment Opportunity Commission on ___July 16___ (J.N.), ___2007___ charging defendant(s) with acts
(Month/Day)     (Year)

of discrimination based on (1) _____ age, (2) _____ disability, (3) ✓ race, (4) ✓ color,

(5) _____ sex, (6) _____ religion, (7) _____ national origin. A copy of the charges filed with the

EEOC is attached to this complaint.

-12-

3. The Equal Employment Opportunity Commission issued a Determination and/or Notice of Right to Sue which was received by plaintiff on __MARCH 15__, 20_08_, a copy of which is attached to this complaint.

4. Defendant(s) discriminated against plaintiff by:

   (a) __✓__ failing to employ plaintiff,

   (b) ____ terminating plaintiff's employment,

   (c) ____ failing to promote plaintiff,

   (d) _____

   _____

   _____

   _____

5. The act(s) of discrimination complained of occurred on or about __May 11__, 20_07_. Briefly describe: I went to apply for employment and told GCR Tire's Greg Fett and Wendell Fett about my prior convictions that happen lattes in 1993. I was told by them it shouldn't matter since it been that long, their policy state they go back 7 years on background. So he start me through Temp service first he mention, I would be hired after they check the background to make sure of the date. He called me latter in the office and told me after about two weeks. I couldn't be hired he let me stay only a few more days. I found a white employee name Brain Rapp that inform me of his convitions with only GCR want back 7 years on. He has work there for almost 2 years. I also saw the policy and Brian application admitted his conviction to them. I receive a notice from GCR that they do not hire Felony back ground. So I was told to leave the Business I receive my -13- Filed from EEOC that show their fault.

6. The defendant(s):

   (a) ___✓___ is/are still committing

   (b) _____ is/are no longer committing

   (c) _____ may still be committing

the acts set forth in the above paragraph.

7. WHEREFORE, Plaintiff prays for the following relief:

   (a) _____ Defendant(s) be directed to employ plaintiff.

   (b) _____ Defendant(s) be directed to re-employ plaintiff.

   (c) _____ Defendant(s) be directed to promote plaintiff.

   (d) ___✓___ Defendant(s) be directed to __I would like for them to pay for their damage to me.__

and for such other relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

8. **Jury Demand:** I hereby __DEMAND__ a trial by jury of any issue triable
   (Demand/Waive)

of right by a jury.

_____John Nash_____
(Signature of Plaintiff)

-14-